AO 91 (Rev. 11/11) Criminal Complaint     AUSA Simar Khera (312) 353-4317


FILED
9/4/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTIAN LOPEZ-CERVANTES

CASE NUMBER: 25CR543

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 29, 2025, at Cicero, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | reentry of removed alien, by being present and found in the United States after having been previously removed |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

/s/ Jason Bennett (MDW w/ permission)

JASON BENNETT
Task Force Officer
Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 4, 2025

*M. David Weisman*
*Judge's signature*

City and state: Chicago, Illinois

M. DAVID WEISMAN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, JASON BENNETT, being duly sworn, state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation and have been detailed to the FBI since May 2021. Prior to this position, I was a Task Force Officer with U.S. Immigration and Customs Enforcement, Homeland Security Investigations, for approximately 6 years. In my role as an FBI TFO, I work with other law enforcement agencies in reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration-related laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that CHRISTIAN LOPEZ-CERVANTES has violated Title 8, United States Code, Section 1326(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging LOPEZ-CERVANTES with reentry of removed alien, by being present and found in the United States after having been previously removed, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, LOPEZ-CERVANTES is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that LOPEZ-CERVANTES was born in Mexico in 1993.

5. According to DHS records, on or about May 9, 2018, LOPEZ-CERVANTES was ordered removed from the United States to Mexico by an Immigration Official in Falfurrias, Texas.

6. Records maintained by the United States District Court for the Southern District of Texas reflect that on or about May 10, 2018, LOPEZ-CERVANTES was convicted of illegal entry and sentenced to two days' imprisonment with credit for time served.

7. Records maintained by the United States District Court for the Western District of Texas reflect that on or about November 13, 2018, LOPEZ-CERVANTES was convicted of illegal reentry and sentenced to 90 days' imprisonment and one year of supervised release.

8. According to DHS records, on or about December 28, 2018, LOPEZ-CERVANTES was once again removed from the United States to Mexico via the Del Rio, Texas International Bridge by an Immigration Official.

9. On or about January 29, 2025, LOPEZ-CERVANTES was arrested by the Cicero Police Department in Cicero, Illinois for the offense of battery and was subsequently processed and fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigations, Integrated Automated Fingerprint Identification System ("IAFIS").

10. On or about July 10, 2025, a fingerprint comparison was conducted by the Homeland Security Investigations Forensic Laboratory and verified that LOPEZ-CERVANTES is the same person who was ordered removed from the United States on or about May 9, 2018.

11. DHS records reflect that LOPEZ-CERVANTES has not applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States.

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about January 29, 2025, at Cicero, Illinois, in the Northern District of Illinois, Eastern Division, LOPEZ-CERVANTES, being an alien who was last removed from the United States on or about May 9, 2018, was found int eh United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

/s/ Jason Bennett (MDW w/ permission)

JASON BENNETT
Task Force Officer
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone September 3, 2025.

*M. David Weisman*
Honorable M. DAVID WEISMAN
United States Magistrate Judge

4