# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No: 25CR543 |
| v. | ) Chief Magistrate Judge: M. David Weisman |
| Christian Lopez-Cervantes, | ) |
| Defendant, | ) |

## ORDER

Arrest warrant issued to the United States Marshal and Any Authorized Officer as to defendant Christian Lopez-Cervantes. The Government's motion to seal arrest warrant, criminal complaint, and supporting affidavit, is granted. Enter Order Attached.

Date: September 4, 2025

_____
M. David Weisman
United States Chief Magistrate Judge