UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 543 |
| v. | Judge Jeffrey T. Gilbert |
| CHRISTIAN LOPEZ-CERVANTES | |

### STATUS REPORT

The defendant, CHRISTIAN LOPEZ-CERVANTES, by and through his attorney, PIYUSH CHANDRA FEDERAL DEFENDER PROGRA, respectfully submits this status report related to his right to a preliminary hearing.

1. Counsel was appointed to represent Mr. Lopez-Cervantes by this court on September 9, 2025.

2. On September 11, 2025, counsel consulted with Mr. Lopez-Cervantes, as to his right to a primary hearing in this matter.

3. Understanding this right, Mr. Lopez-Cervantes hereby waives his right to a preliminary hearing. He agrees the government has sufficient

1

evidence to establish probable cause related to a violation of 8 U.S.C. § 1326(a) as alleged in the complaint filed in this matter.

        FEDERAL DEFENDER PROGRAM
        John F. Murphy
        Executive Director


        By: *s/ Piyush Chandra*
            Piyush Chandra
            Attorney for Christian Lopez-Cervantes


PIYUSH CHANDRA
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8337

## CERTIFICATE OF SERVICE

The undersigned, Piyush Chandra, attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## STATUS REPORT

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on September 15, 2025, to counsel/parties that are non-ECF filers.

                FEDERAL DEFENDER PROGRAM
                John F. Murphy
                Executive Director

                By: *s/Piyush Chandra*
                     Piyush Chandra

PIYUSH CHANDRA
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8337